LEWIS AND ROCA LLP LAWYERS

40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Kristina N. Holmstrom, State Bar No. 023384
Direct Dial: (602) 262-5762
Direct Fax: (602) 734-3875
EMail: KHolmstrom@LRLaw.com

Attorneys for Defendant
Connecticut General Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dr. Chris Komarnisky,<br><br>           Plaintiff,<br><br>   vs.<br><br>Cigna Healthcare,<br><br>           Defendant. | No.<br><br>(Maricopa County Justice Court Case No. CC2012-137463SC)<br><br>**NOTICE OF REMOVAL** |

Defendant Connecticut General Life Insurance Company ("CGLIC") (incorrectly sued as "Cigna Healthcare") removes this action from the Maricopa County Justice Courts, State of Arizona, San Marcos Justice Court to the United States District Court for the District of Arizona. CGLIC supports this Notice of Removal with the Declaration of Linda Ryan, CGLIC's Legal Liaison (Ex. A, the "Ryan Decl."). The Court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. 1132(e).

**I.  Introduction.**

This lawsuit involves a dispute over the eligibility of services provided by a chiropractor, Dr. Chris Komarnisky, to a particular patient, Jacqueline Norton,[1] under the terms of the governing employee welfare benefit plan. Dr. Komarnisky's patient, Ms. Norton, was an eligible participant under a self-funded employee welfare benefit plan administered by CGLIC and provided to her employer, Intel Corp. (Ex. A, Ryan Decl. ¶¶ 1-10.) The policy constitutes an employee welfare benefit plan subject to the Employee

3051731.1

LEWIS AND ROCA LLP LAWYERS

Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.* (*Id.*. ¶¶ 9-10.) When a disagreement arose over Komarnisky's entitlement to payment for the health care services he provided to Norton, he sued the defendant in Maricopa County Justice Court, seeking recovery of benefits -- benefits which would be available to him only by application of the ERISA-governed employee welfare benefit plan issued by the employer, Intel, of his patient, Ms. Norton. (*See* Compl.)

## II. This Court Has Federal Question Jurisdiction Under 28 U.S.C. § 1331 And 29 U.S.C. 1132(e).

The insurance policy at issue is governed by ERISA. (Ex. A, Ryan Decl., ¶¶ 9-10.) This Court has jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

## III. This Removal Is Timely.

1. The plaintiff filed this action in the Maricopa County Justice Court on July 17, 2012.

2. The plaintiff made improper service on the defendant on August 1, 2012, through CT Corporation.[2]

3. As this notice is being filed on August 29, 2012, the removal is timely. *See* 28 U.S.C. § 1446(b).

## IV. The Defendant Has Met All Requirements For Removal.

1. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C § 1132(e).

2. Removal is proper pursuant to 28 U.S.C. §§ 1441 and 1446.

3. The defendant attaches to this notice true and complete copies of all pleadings and other documents previously filed with the state court. (Ex. B, Justice Court Filings; Ex. C, Declaration of Counsel.)

---

[1] The Complaint refers to the participant as "Jacque Norton"; however, CGLIC's system shows that her full name is Jacqueline Norton.
[2] Because CGLIC — though serving solely as an administrator here — is a foreign insurance company, Komarnisky was required to make service of summons and complaint upon the director of the Department of Insurance. *See* A.R.S. 20-221(B); *Bohreer v. Erie Ins. Exchange*, 165 P.3d 186 (App. 2007) ("Service on the director is the *only* way to serve a foreign insurer") (emphasis added).

3051731.1



4. The defendant has concurrently filed a copy of this notice in the Maricopa County Justice Court.

5. The defendant has served upon the plaintiff a copy of this notice.

DATED this 29th day of August, 2012.

                LEWIS AND ROCA LLP

                By /s/ *Kristina Holmstrom*
                      Kristina Holmstrom
                      Attorneys for Defendant Connecticut General Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Scott E. Davis, Esq.
        Scott E. Davis, P.C.
        20827 North Cave Creek Road
        Suite 101
        Phoenix, Arizona  85024

I hereby further certify that on August 29, 2012, I served the attached document by U.S. mail on the above.

                /s/ *Roxann Draper*
                LEWIS AND ROCA LLP

3051731.1