# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Christopher Komarnisky, | ) ) ) ) | |
| Plaintiff, | ) ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) ) ) | CIV 12-1830-PHX-FJM |
| CIGNA Healthcare, | ) ) ) | |
| Defendant, | ) ) | |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of April 22, 2013, granting Defendant's Motion for Summary Judgment, judgment is hereby entered in favor of Defendant. Plaintiff shall take nothing by way of the Complaint. The Complaint and this action are hereby dismissed.

| | |
|---|---|
|   April   22,   2013   | BRIAN  D.  KARTH |
| Date | DCE/Clerk of Court |
| | |
| | .   s/  Ruth E. Williams |
| | By      Ruth E. Williams |
| |          Deputy Clerk |