IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Komarnisky,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CIGNA Healthcare,<br><br>　　　　Defendant. | No. CV-12-01830-PHX-FJM<br><br>**ORDER** |

　　　　We have before us defendant's motion for an award of attorneys' fees and costs (doc. 20). Defendant has not filed a memorandum in support of its motion, and the time for doing so has long expired. LRCiv 54.2(b)(2). Because defendant has failed to comply with the requirements of LRCiv 54.2, the court lacks sufficient information to decide the propriety of awarding fees in this case.

　　　　**IT IS ORDERED** that defendant has up to and including **Tuesday, August 13, 2013** to file a memorandum in support of its motion. If no memorandum is timely filed, the motion (doc. 20) will be denied.

　　　　DATED this 8th day of August, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge